ALBANY.
January, 1830.

Dalrymple
v.
Lamb.

In the matter of WARNER and PHELPS, proceeded against as absconding debtors.

*Where persons proceeded against as absconding or concealed debtors satisfactorily shew that they had not absconded or were not concealed, a supersedeas will be granted, with costs, although the creditor had reason to believe that the debtors had absconded or were concealed.*

MOTION for a supersedeas to an attachment issued in this case. From the evidence given by the debtors, it satisfactorily appeared that they had not absconded, and were not concealed at the time that the petition was presented for an attachment; although, from the facts and circumstances, the creditor and his witnesses were authorized to say that they *believed* that the debtors had absconded or were concealed. The motion for a supersedeas was granted, with costs; the costs of the last term to be set off against the costs of this motion.

---

### ANON.

*Notice of a rule to amend a pleading, where such rule is of course, need not be given.*

A QUESTION arose during this term, whether it is necessary to give notice of a rule to amend a pleading where the amendment is of course; and the Court said, that although the rules of the court require the entry of the rule for amendment notice of the rule need not be given.